COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO.  2-08-440-CR

ROBERT ALLAN JOY APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 158
TH
 
DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant's “Motion To Withdraw Notice Of Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See id.;
 Tex. R. App
. P.
 43.2(f). 

PER CURIAM

PANEL: DAUPHINOT, LIVINGSTON, and MEIER, JJ.

DO NOT PUBLISH

Tex. R. App
. P. 
47.2(b)

DELIVERED: February 25, 2010 

FOOTNOTES
1:
See
 
Tex. R. App
. P.
 47.4.